UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Trenice Gibbs,

        Plaintiff,                  Civil No.07-3598 (RHK/AJB)

vs.                              **DISQUALIFICATION AND**
                                **ORDER FOR REASSIGNMENT**

Ortho McNeil Pharmaceuticals, Inc.,
Johnson & Johnson, Inc., Johnson &
Johnson Pharmaceutical Research and
Development, LLC,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 6, 2007

                                       s/Richard H. Kyle
                                       RICHARD H. KYLE
                                       United States District Judge